UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEHRUZ BONSHAHI, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>FEDEX CORPORATION, FEDEX OFFICE AND PRINT SERVICES, INC., CABRITA FRANCISCO, EMILY TRE, and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. CV 12 2471 MEJ<br><br>[~~PROPOSED~~] ORDER RE: EXTENSION OF TIME FOR DEFENDANT FEDEX CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>MAG. JUDGE:  Hon. Maria-Elena James<br>COURTRM:  B<br><br>CASE FILED:  May 15, 2012<br>TRIAL DATE:  No Date Set |

### ORDER

Pursuant to the Joint Motion for Extension of Time for Defendant FEDEX CORPORATION to Respond to Plaintiff's Complaint, the Court finds good cause appears to grant Defendant FEDEX CORPORATION until on or before June 27, 2012, to file its response to Plaintiff's Complaint.

IT IS HEREBY ORDERED that Defendant FEDEX CORPORATION'S responsive pleading to Plaintiff's Complaint is to be served and filed on or before June 27, 2012.

DATED: June 13, 2012

By: _____
HONORABLE MARIA-ELENA JAMES
MAGISTRATE JUDGE OF THE
DISTRICT COURT

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

1075089.1

[PROPOSED] ORDER
CASE NO. CV 12 2471 MEJ