Jason G. Gong (SBN 181298)
LAW OFFICE OF JASON G. GONG
*A Professional Corporation*
2121 N. California Blvd., Suite 290
Walnut Creek, CA  94596
Telephone:  (925) 735-3800
Facsimile: (925) 735-3801
Email: jgong@gonglawfirm.com

Attorney for Plaintiff
BEHRUZ BONSHAHI, an individual

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEHRUZ BONSHAHI, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>FEDEX CORPORATION, FEDEX OFFICE AND PRINT SERVICES, INC., CABRITA FRANCISCO, EMILY TRE, and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No. 3:12-cv-02471-TEH<br><br>**STIPULATION FOR DISMISSAL OF ACTION**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

Plaintiff Behruz Bonshahi and Defendants FedEx Corporation, FedEx Office and Print Services, Inc., Francisco Cabrita, and Emily Cabrita (erroneously sued as Cabrita Francisco and Emily Tre) have reached a complete settlement of the above-captioned matter and have formalized the settlement in separately executed agreements that address plaintiff's monetary and injunctive relief claims.  Accordingly, pursuant to the terms of the settlement agreements,

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel of record that the above-entitled action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED** by and between the parties through their respective counsel of record that the Court shall retain jurisdiction to enforce the terms of the settlement agreements in the event that judicial enforcement becomes necessary. *See Kokkonen*

1  *v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994) (empowering district courts
2  to retain jurisdiction over enforcement of settlement agreements by stipulation of the parties); *see*
3  *also* General Order No. 56 at ¶ 7 (N.D. Cal.) (Apr. 17, 2013) (providing that assigned judge
4  retains jurisdiction over matter to enforce remediation provisions of settlement agreement in
5  ADA cases).

6  **IT IS SO STIPULATED.**

7                                                                  Respectfully submitted,

8  Dated:  September 18, 2014                      LAW OFFICE OF JASON G. GONG
                                                                    *A Professional Corporation*

                                                                    */s/  Jason G. Gong*
10                                               By:  _____
                                                                    Jason G. Gong
11                                                                  Attorney for Plaintiff
                                                                    BEHRUZ BONSHAHI, an individual

13  Dated:  September 18, 2014                      HIGGS, FLETCHER & MACK LLP

                                                                    */s/  William A. Miller*
15                                               By:  _____
                                                                    WILLIAM A. MILLER, ESQ.
16                                                                  Attorneys for Defendants FEDEX
                                                                    CORPORATION and FEDEX OFFICE
17                                                                  AND PRINT SERVICES, INC.

19  Dated:  September 18, 2014                      BOWLES & VERNA LLP

                                                                    */s/  K.P. Dean Harper*
21                                               By:  _____
                                       09/22/2014                   K.P. DEAN HARPER, ESQ.
22                                                                  Attorneys for Defendants FRANCISCO
                                                                    CABRITA and EMILY CABRITA

IT IS SO ORDERED
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
*Bonshahi v. FedEx Corporation, et al.*, Case No. 3:12-cv-02471-TEH
Stipulation for Dismissal of Action [Fed. R. Civ. P. 41(a)(1)(A)(ii)]
2